UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **RICARDO TORRES,** | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| **PRECISION INDUSTRIES, INC.,** | CASE NO: 16-1319-STA-egb |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendant's Oral Motion Under Federal Rule of Civil Procedure 52(c) For Judgment on Partial Findings entered on July 19, 2018, the Defendant's oral motion for judgment on partial findings under Federal Rule of Civil Procedure 52(c) is hereby GRANTED. Judgment entered in favor of Defendant.

APPROVED:

s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 7/19/2018

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON
(By) Deputy Clerk